UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY ___CAS___ D.C.

2005 NOV -2  PM 3: 26

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 05-20380-M1 |
| vs. | ) | |
| | ) | |
| LAMON JEFFERIES | ) | |
| | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have <u>LAMON JEFFERIES, DOB: 01/11/69, RNI: 118362</u>, now being detained in the Shelby County Jail, appear before the Honorable S. Thomas Anderson on Wednesday, November 9, 2005 @ 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 2nd day of November, 2005.

_____
E. Greg Gilluly, Jr.
Special Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY JAIL, MEMPHIS, TN.

YOUR ARE HEREBY COMMANDED to have <u>LAMON JEFFERIES, DOB: 01/11/69, RNI: 118362</u>, appear before the Honorable S. Thomas Anderson on the date and time aforementioned.

ENTERED this 2nd day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11-3-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20380 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT