IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 NOV 21 PM 3: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 Cr. No. 05-20380-MI

LAMON JEFFERIES,

    Defendant.

### ORDER ON ARRAIGNMENT

This cause came to be heard on November 10, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:        Pat Brown, Asst. Federal Defender
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, being held without bond pursuant to BRA of 1984, is remanded to the custody of the U.S. Marshal.

S. THOMAS ANDERSON
United States Magistrate Judge

Charges:     unlawful transport of firerarms

Assistant U.S. Attorney assigned to case:  Gilluly

Defendant's age:  not available

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20380 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT